■ ANNA M. HENNING, Appellant, v. GUSTAV HENNING, Respondent.— In an action for a judgment declaring a separation agreement made in 1948 to be invalid, plaintiff appeals from an order of the Supreme Court, Nassau County, dated and entered October 20, 1961, which granted defendant's motion to dismiss the complaint pursuant to rule 107 of the Rules of Civil Practice upon the ground that the action is barred by the 10-year Statute of Limitations (Civ. Prac. Act, § 53). Order affirmed, without costs. No opinion. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Rabin, JJ., concur.

■ HARVEY HUNDLEY, Respondent, v. MELVIN SAMUELS, Appellant.— In an action to recover damages for personal injuries sustained by plaintiff as a result of having been struck by defendant's motor vehicle, the defendant appeals from a judgment of the Supreme Court, Richmond County, entered May 18, 1961, after trial, upon a jury's verdict of $56,000 in favor of the plaintiff. Judgment reversed on the facts and a new trial granted, with costs to abide the event, unless, within 30 days after entry of the order hereon, plaintiff shall stipulate to reduce the verdict to $40,000, in which event the judgment, as so reduced, is affirmed, without costs. In our opinion, the verdict was excessive. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.